# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

David L. Wallace
Attorney At Law
518 North Pine Street
Deridder La 70634

**REHEARING ACTION: July 18, 2018**

**Docket Number: 17   01113-KA**

**STATE OF LOUISIANA
VERSUS
JACKIE LYNN PRUITT
AKA JACKIE L. PRUITT**

**Appealed from Beauregard Parish Case No. 2016-281**

**BEFORE JUDGES:**

    **Hon. Ulysses Gene Thibodeaux
Hon. Phyllis M. Keaty
Hon. D. Kent Savoie**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Jackie Lynn Pruitt** has this day been

    **DENIED.**

cc: Hon. James R. Lestage, Counsel for the Appellee
    Richard Alan Morton, Counsel for the Appellee